IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    -vs-                                                        Docket No. 1:19CR379-1

CHANDLER ANTWAN GIST-DAVIS,
               Defendant

---

## NOTICE OF APPEAL

    NOW COMES Defendant, through counsel, and give Notice of Appeal from the judgment of the Court entered November 27th, 2019.

    Defendant requests that counsel be appointed to represent him on appeal.

    Respectfully submitted, this the 28th day of November, 2019.

                                                  /s/ J. Clark Fischer
                                                _____
                                                J. Clark Fischer, Attorney for Defendant
                                                952 West Fourth Street
                                                Winston-Salem, NC 27101
                                                336-724-3513
                                                NCSB#9217

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **NOTICE OF APPEAL** was served on the party named below through the MD/ECF system:

    Ms. Kimberly Davis
    Assistant United States Attorney
    P.O. Box 1858
    Greensboro, NC 27402

This the 28th day of November, 2019.

                          /s/ J. Clark Fischer
                          _____
                          J. Clark Fischer, Attorney for Defendant
                          952 West Fourth Street
                          Winston-Salem, NC 27101
                          336-724-3513
                          NCSB # 9217